UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Outdoor Media Group, Inc. & Chance Outdoor, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>City of Beaumont,<br><br>　　　　　Defendant(s). | EDCV 03-1461 RT (OP)<br><br>JUDGMENT |

On March 22, 2010, the court filed a written order denying plaintiffs Outdoor Media Group, Inc. ("OMG") and Chance Outdoor, LLC ("Chance")'s motion for summary judgment and granting defendant City of Beaumont (the "City")'s motion for summary judgment on the sole remaining claim for damages by plaintiffs OMG and Chance against defendant City under 42 U.S.C. § 1983, alleging defendant deprived plaintiffs of their First Amendment right to freedom of expression.

Accordingly, it is ORDERED that the judgment be entered as follows:

1) Judgment against plaintiffs OMG and Chance and in favor of defendant City on the sole remaining claim in the complaint filed on December 12, 2003 (the "Complaint");

1  2)     Plaintiffs OMG and Chance shall take nothing by reason of their claims in the Complaint against defendant City; and

3  3)     Defendant City shall recover from plaintiffs OMG and Chance its costs of suit in the amount of $ _____.

DATED: March 22, 2010.

                                          ROBERT J. TIMLIN
                                          ROBERT J. TIMLIN
                                          United States District Judge